IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 40,**

Plaintiff,

v.

**COLUMBIA GRAIN, aka WILLAMETTE STEVEDORING,**

Defendant.

Case No.: 3:13-cv-513-AC

ORDER ON OBJECTIONS TO WITNESSES

ACOSTA, Magistrate Judge:

This order addresses Defendant Columbia Grain, aka Willamette Stevedoring's ("Defendant") Objection to Plaintiff's Witness List (Dkt No. 66). Plaintiff International Longshore and Warehouse Union, Local 40 ("Plaintiff"), did not file objections to Defendant's witnesses and did not file responses to Defendant's objections. The court has also issued a separate order containing its rulings on Defendant's motions in limine. In the event of a conflict between this order

ORDER ON OBJECTIONS TO WITNESSES   1

and the court's rulings on the motions in limine, the court's motion in limine rulings control.

## Plaintiff's Witnesses

1. Insufficient detail and specificity.

   **RULING: SUSTAINED.**

   *See* court's ruling on Defendant's Motion in Limine Nos 8 and 9.

2. Failure to properly designate deposition transcripts.

   **RULING: SUSTAINED.**

   *See* court's ruling on Defendant's Motion in Limine No 4.

   IT IS SO ORDERED.

   DATED this  1st  day of April, 2015.

   _____
   JOHN V. ACOSTA
   United States Magistrate Judge

ORDER ON OBJECTIONS TO WITNESSES   2